**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Stacy M. Fincher, Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-002191

———————

Appeal From York County
David G. Guyton, Family Court Judge

———————

Unpublished Opinion No. 2019-UP-321
Submitted August 23, 2019 – Filed September 25, 2019

———————

**AFFIRMED**

———————

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

David E. Simpson, of South Carolina Department of
Social Services, of Rock Hill, for Respondent.

Rebecca T. McNerney, of Charlotte, N.C., for the
Guardian ad Litem.

**PER CURIAM:**  Stacy Fincher appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Fincher's counsel.

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.